UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jane E. Simpson,

    Plaintiff,

    v.                                  Case No. 2:13–cv–164

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On October 29, 2013, United States Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Jane E. Simpson's ("Plaintiff") Complaint in this Social Security case. The Report and Recommendation recommended reversing the decision of the Commissioner of Social Security Administration and remanding the case for consideration of Dr. Thull's medical opinion.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of

the District Court.  Report and Recommendation 9, ECF No. 14.  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**.  The Commissioner's finding is **REVERSED**, and the case is **REMANDED** to the Administrative Law Judge for consideration of Dr. Thull's medical opinion.  The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**